IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HARVEY M. PALACIO,

    Plaintiff,

v.   No. 1:13-cv-00399-KJG-LAM

INTEL CORPORATION, and
DOES 1 – 7,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of the above-captioned case and all claims that were or could have been brought therein. The parties shall bear their own costs and fees.

    Respectfully submitted,

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By /s/ *Electronically Filed February 6, 2014*
        Scott D. Gordon
    Post Office Box 1888
    Albuquerque, NM  87103
    (505) 765-5900; (505) 768-7395 (fax)
    sdgordon@rodey.com
    ATTORNEYS FOR DEFENDANT

    Approved:

    THE GILPIN LAW FIRM, LLC

    By:  *Electronically Approved February 2, 2014*
        Donald G. Gilpin
    6100 Indian School Rd. NE, Suite 201
    Albuquerque, NM 87110
    (505) 244-3861; (505) 254-0044 (fax)
    ggd48@aol.com
    ATTORNEY FOR PLAINTIFF